IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID M. HAFFERMEHL )<br>　　　　Plaintiff　　　　)<br>　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　)　　　CIVIL ACTION NO. 04-10325RCL<br>　　　　　　　　　　　　　)<br>OCCUHEALTH, INC.　　　　)<br>　　　　Defendant　　　　) | |

### ASSENTED TO MOTION TO EXTEND TIME TO ANSWER

The Defendant, Occuhealth, Inc., in the above-entitled cause of action hereby moves this honorable Court for an order extending the time within which the Defendant, Occuhealth, Inc. shall file an answer or other responsive pleading to the Plaintiff's Complaint from Monday, March 22, 2004, to and including Monday, April 5, 2004.

DATED:    March 16, 2004

　　　　　　　　　　　　　　　　　　　　　Respectively Submitted,
　　　　　　　　　　　　　　　　　　　　　OCCUHEALTH, INC.
　　　　　　　　　　　　　　　　　　　　　By Its Attorneys,

　　　　　　　　　　　　　　　　　　　　　Charles T. Callahan (BBO # 070220)
　　　　　　　　　　　　　　　　　　　　　CONNARTON, WOOD & CALLAHAN
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　(617) 443-0303
　　　　　　　　　　　　　　　　　　　　　(617) 443-1696 (Facsimile)

Assented to by,
DAVID M. HAFFERMEHL
By His Counsel,

Thomas R. Noel, Esq. (BBO # 556111)  / TC
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 3/16/04