AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

David M. Haffermehl
v.
OccuHealth, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10325RCL

TO: (Name and address of Defendant)

OccuHealth, Inc.
44 Wood Avenue
Mansfield, MA 02048

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

February 17, 2004
DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  March 1, 2004 @ 1:50 PM |
| NAME OF SERVER *(PRINT)*  James A. Carey | TITLE  Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Occuhealth Inc., 44 Wood Avenue, Mansfield, MA 02048 on Sue Hamilton.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  $12.00 | SERVICES  $45.00 | TOTAL  $57.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 1, 2004       _____
                   Date                        Signature of Server

1004 Pheasant Lane, Middleboro, MA 02346
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Massachusetts

Case Number: 04-10325RCL

Plaintiff:
**David M. Haffermehl**

vs.

Defendant:
**OccuHealth, Inc.**

Received by MASS CONSTABLE SERVICE to be served on **OCCUHEALTH INC., 44 Wood Ave., Mansfield, MA 02048**.

I, James A. Carey, do hereby affirm that on the **1st day of March, 2004 at 1:50 pm**, I:

Served a true and attested copy of the **U S District Summons in a Civil Case; and Verified Complaint** to OccuHealth Inc. in the following manner, by delivering in hand to **Sue Hamilton** Said service was made at **44 Wood Ave., Mansfield, MA 02048.**.

I certify that I am over the age of 18, have no interest in the above action.

James A. Carey
Constable/Disinterested Person

**MASS CONSTABLE SERVICE**
1004 Pheasant Lane
Middleboro, MA 02346
(800) 249-3155

Our Job Serial Number: 2004000288

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5a