IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:
THOMAS R. NOEL, ESQ.

### ATTORNEY'S PETITION FOR EXCUSAL

The undersigned attorney, Thomas R. Noel, Esq., hereby files and serves this *Petition for Excusal*, requesting that matters for which he is counsel of record not be scheduled for proceedings or attendance in this Court for the period May 3 through May 5, 2004. Mr. Noel states that will be out of state attending the International Trademark Association annual meeting during that time. As of this filing, no proceedings are scheduled before the Court during the requested excusal period.

David M. Haffermehl                                C.A. No. 04-10325RCL
v.
Occuhealth, Inc.

Date: April 15, 2004

                                            Respectfully Submitted,

                                            Thomas R. Noel, Esq. BBO# 556111

                                            _____
                                            Thomas R. Noel,
                                            NOEL & GYORGY LLP
                                            50 South Main Street
                                            Providence, RI  02903
                                            401-272-7400  Tel
                                            401-621-5688  Fax

Order                                       Enter

## CERTIFICATION OF SERVICE

I hereby certify that on the ___15th___ day of April, 2004, I served copies of the within via First Class Mail to:

Charles T. Callahan, Esq.
Connarton, Wood & Callahan
150 Federal Street
Twelfth Floor
Boston, MA 02110

_[signature]_