## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-10325-RCL</u>

DAVID HAFFERMEHL
Plaintiff

v.

OCCUHEALTH, INC.
Defendant

## **NOTICE OF RESCHEDULING**

LINDSAY, D.J.

TAKE NOTICE that the Scheduling Conference set in the above-entitled case has been rescheduled from **May 19, 2004** at **2:30PM** to **June 23, 2004**, at **2:30PM**, in Courtroom No. 11, 5th floor.

By the Court,

/s/ Lisa M. Hourihan

Deputy Clerk

May 10, 2004

To: All Counsel