IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 10  P 1: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| DAVID M. HAFFERMEHL | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 04-10325RCL |
| | : | |
| OCCUHEALTH, INC. | : | |
| Defendant | : | |

### RULE 26(f) JOINT REPORT
### AND JOINT STATEMENT UNDER LOCAL RULE 16.1(D)

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16.1, and the Notice of Scheduling Conference entered in this action on or about April 8, 2004, counsel for the parties on May 5, 2004 conferred by telephone in a good faith effort to agree to a discovery plan and otherwise satisfy their obligations under the above. The parties hereby respectfully submit this report and proposed schedule.

The parties have agreed to and, to the extent it varies from that imposed by Rule 26(a), jointly propose to the Court the following disclosure and discovery plan. The parties shall make simultaneous Rule 26(a)(1) initial disclosures by First Class Mail on May 26, 2004.

Proposed Disclosure and Discovery Deadline Dates

| | |
|---|---|
| Initial Disclosures | May 26, 2004 |
| Motions for Amended Pleadings | October 1, 2004 |
| Service of Fact Discovery | February 17, 2005 |
| Written Disclosure of Experts | March 10, 2005 |
| Initial Expert Reports | May 2, 2005 |

| | |
|---|---|
| Rebuttal Expert Reports | June 1, 2005 |
| Deadline for Taking of Expert Depositions | June 30, 2005 |
| Dispositive Motion Deadline | July 29, 2005 |
| Opposition to Dispositive Motions | August 29, 2005 |
| Pre-Trial Conference (date to be set by Court) | September, 2005 |

### Limitations on Discovery

The parties agree to the limits on depositions, interrogatories, requests for production, and requests for admissions as set forth in the Federal Rules of Civil Procedure, and Local Rule 26.1, subject to further request to the Court by either party for good cause.

### Discovery Will be Needed on the Following Subjects

1.    Plaintiff's employment history.

2.    Hours and jobs worked by plaintiff.

3.    Wages and benefits paid to plaintiff.

4.    Defendant's operation and procedures.

5.    Defendant's payment or non-payment of overtime to workers.

### Designation of Confidential Material

The parties expect to agree on a protective order to be submitted to the Court for approval and entry.

### Modification of Schedule

This schedule may be modified by the Court at any time, by written agreement of the parties with Court approval, or upon motion to the Court for good cause shown.

Other Items

The parties expect that a pretrial conference and the trial will be scheduled at the Court's convenience.

The parties see no need for phasing of the proceedings.

The parties decline a trial by magistrate judge.

The possibility of settlement has been discussed. However, no agreement has been reached. The parties anticipate that settlement discussions will continue as appropriate.

Certifications of Conferral

The undersigned counsel and their respective parties hereby certify that each party and that party's counsel has conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,


DAVID M. HAFFERMEHL                OCCUHEALTH, INC.

By His Counsel,                    By Its Counsel

Thomas R. Noel, Esq. (BBO# 556111)    Charles T. Callahan (BBO#070220)
NOEL & GYORGY LLP                   CONNARTON, WOOD & CALLAHAN
50 South Main Street                150 Federal Street
Providence, RI 02903                Boston, MA 02110
(401) 272-7400                      (617) 443-0303
(401) 621-5688 (Facsimile)          (617) 443-1696 (Facsimile)

Date:  5/25/04                      Date:  5/27/04

As to Certification of Conferral:

David M. Haffenmehl

Date: 5/26/04

As to Certification of Conferral:


*Thomas Hamilton*, Pres.
OccuHealth, Inc.

By: _THOMAS E. HAMILTON_
Its: _PRESIDENT_

Date: _6-7-04_


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above
document was served upon the attorney of
record for each other party by mail (by hand)
on 6/10/04

*Charles P. Callahan*