IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID M. HAFFERMEHL<br>Plaintiff<br><br>v.<br><br>OCCUHEALTH, INC.<br>Defendant | )<br>)<br>)<br>)  CIVIL ACTION NO. 04-10325-RCL<br>)<br>)<br>) |

FILED
IN CLERKS OFFICE

2004 SEP 21 10325 RCL

U.S. DISTRICT COURT
DISTRICT OF MASS.

## ASSENTED TO MOTION TO EXTEND TIME TO ANSWER INTERROGATORIES AND RESPOND TO REQUESTS FOR PRODUCTION

The Defendant, Occuhealth, Inc., in the above-entitled cause of action hereby moves this honorable Court for an order extending the time within which the Defendant, Occuhealth, Inc. shall serve answers to Interrogatories and responses to Requests for Production propounded by the Plaintiff for a period of two weeks on and after Wednesday, September 22, 2004, to and including Wednesday, October 6, 2004.

DATED:   September 21, 2004

Respectfully Submitted,
OCCUHEALTH, INC.
By Its Attorneys,

_/s/ Charles T. Callahan_
Charles T. Callahan (BBO # 070220)
CONNARTON, WOOD & CALLAHAN
Boston, MA 02110
(617) 443-0303
(617) 443-1696 (Facsimile)

Assented to by,
DAVID M. HAFFERMEHL,
By His Counsel,

_/s/ Thomas R. Noel 9/20/04_
Thomas R. Noel, Esq. (BBO # 556111)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _9/21/04_

_/s/ Charles T. Callahan_