IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB 16 P 3:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DAVID M. HAFFERMEHL | : |
| Plaintiff | : |
| | : |
| v. | : C.A. No. 04-10325RCL |
| | : |
| OCCUHEALTH, INC. | : |
| Defendant | : |

## JOINT MOTION FOR EXTENSION OF PRETRIAL DATES

The parties to this action, plaintiff David M. Haffermehl ("Haffermehl") and defendant OccuHealth, Inc. ("OccuHealth"), jointly move for an extension of the PreTrial Dates now in effect as set in the Rule 26(f) Joint Statement as approved by the Court, for a period of approximately ninety (90) days. The parties state that discovery is ongoing, but that both parties are interested in exchanging settlement proposals in the immediate future and wish to forestall what would be unnecessary litigation costs should they be able to reach a settlement. The brief extension requested will not adversely impact either party nor, upon information and belief, the Court itself.

The new dates to which the parties have agreed are as follows:

| | |
|---|---|
| Service of Fact Discovery | May 17, 2005 |
| Written Disclosure of Experts | June 10, 2005 |
| Initial Expert Reports | August 2, 2005 |
| Rebuttal Expert Reports | September 1, 2005 |
| Deadline for Taking of Expert Depositions | September 30, 2005 |
| Dispositive Motion Deadline | October 28, 2005 |
| Opposition to Dispositive Motions | November 30, 2005 |

- 1 -

      Pre-Trial Conference (date to be set by Court)       December, 2005

There have been no previous requests for additional time.

      WHEREFORE, the parties jointly move for the Court to reset the above operative pretrial benchmarks to the dates indicated herein.

Dated: February 15, 2005

| DAVID M. HAFFERMEHL | OCCUHEALTH, INC. |
|---|---|
| By His Counsel, | By Its Counsel |
| _/s/ T. R. Noel_ | _/s/ Charles T. Callahan_ |
| Thomas R. Noel, Esq. (# 556111) | Charles T. Callahan, Esq. (# 070220) |
| NOEL & GYORGY LLP | CONNARTON, WOOD & CALLAHAN |
| 50 South Main Street | 150 Federal Street, 12th Floor |
| Providence, RI 02903 | Boston, MA 02110 |
| (401) 272-7400 | (617) 443-0303 |
| (401) 621-5688 (Facsimile) | (617) 443-1696 (Facsimile) |
| Date: 2/15/05 | Date: _____ |

TRN/

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____

- 2 -