IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID M. HAFFERMEHL            :
    Plaintiff                  :
                               :
v.                             :      C.A. No. 04-10325RCL
                               :
OCCUHEALTH, INC.               :
    Defendant                  :

## JOINT MOTION FOR EXTENSION OF PRETRIAL DATES

The parties to this action, plaintiff David M. Haffermehl ("Haffermehl") and defendant OccuHealth, Inc. ("OccuHealth"), jointly move for an extension of the PreTrial Dates now in effect as set in the Rule 26(f) Joint Statement as approved by the Court, for a period of approximately sixty (60) days. The parties state that discovery has been proceeding in good faith, but that both parties are interested in discussing settlement proposals in the immediate future and wish to forestall what would be unnecessary litigation fees and costs should they be able to reach a settlement.

The new dates to which the parties have agreed are as follows:

| | |
|---|---|
| Service of Fact Discovery | July 15, 2005 |
| Written Disclosure of Experts | August 10, 2005 |
| Initial Expert Reports | October 3, 2005 |
| Rebuttal Expert Reports | November 1, 2005 |
| Deadline for Taking of Expert Depositions | November 30, 2005 |
| Dispositive Motion Deadline | December 30, 2005 |
| Opposition to Dispositive Motions | January 30, 2006 |
| Pre-Trial Conference (date to be set by Court) | February, 2006 |

WHEREFORE, the parties jointly move for the Court to reset the above operative pretrial benchmarks to the dates indicated herein.

Dated: May 12, 2005

| DAVID M. HAFFERMEHL | OCCUHEALTH, INC. |
|---|---|
| By His Counsel, | By Its Counsel |
| /s/ TRN | /s/ Charles Callahan |
| Thomas R. Noel, Esq. (# 556111) | Charles T. Callahan, Esq. (# 070220) |
| NOEL & GYORGY LLP | CONNARTON, WOOD & CALLAHAN |
| 50 South Main Street | 150 Federal Street, 12th Floor |
| Providence, RI 02903 | Boston, MA 02110 |
| (401) 272-7400 | (617) 443-0303 |
| (401) 621-5688 (Facsimile) | (617) 443-1696 (Facsimile) |
| Date: May 12, 2005 | Date: May 13, 2005 |

TRN/