UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 OCT 11  P 2: 32

U.S. DISTRICT COURT
DISTRICT OF MASS

DAVID M. HAFFERMEHL,        )
                Plaintiff    )
                           )  CIVIL ACTION NO. 04-10325RCL
v.    )
                           )
OCCUHEALTH, INC.,    )
                Defendant  )

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please be advised that as of October 6, 2005, the new address, telephone number and facsimile transmission number for the attorneys for the Defendant, OccuHealth, Inc., are as follows:

        Charles T. Callahan
        Callahan & Associates
        c/o The Murphy Law Group, LLC
        One Liberty Square
        Boston, MA 02109
        Telephone:  (617) 350-7700
        Facsimile:   (617) 350-0007

                        Respectively submitted,

                        OCCUHEALTH, INC.
                        By its attorney,

October 7, 2005
    Date
                        Charles T. Callahan, Esq.
                        B.B.O. #070220
                        Callahan & Associates
                        c/o The Murphy Law Group, LLC
                        One Liberty Square
                        Boston, MA 02109

## CERTIFICATE OF SERVICE

I, Charles T. Callahan, certify that a true copy of the above document was served via first class mail, postage prepaid, on this 7 day of October, 2005, upon counsel of record listed below:

>Thomas R. Noel, Esq.
>Noel & Gyorgy L.L.P.
>50 South Main Street
>Providence, RI 02903

October 7, 2005
Date

OCCUHEALTH, INC.
By its attorney,

Charles T. Callahan, Esq.
B.B.O. #070220
Callahan & Associates
c/o The Murphy Law Group, LLC
One Liberty Square
Boston, MA 02109
Telephone: (617) 350-7700