IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID M. HAFFERMEHL<br>Plaintiff | :<br>:<br>: |
| v. | :<br>:   C.A. No. 04-10325RCL |
| OCCUHEALTH, INC.<br>Defendant | :<br>:<br>: |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this matter may be and is hereby dismissed, with prejudice and with all rights of appeal waived, each party to pay its own costs and fees.

Dated: March 23, 2006

DAVID M. HAFFERMEHL

By His Counsel,

_____
Thomas R. Noel, Esq. (# 556111)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

Date: 3/23/06

OCCUHEALTH, INC.

By Its Counsel

_____
Charles T. Callahan, Esq. (# 070220)
Callahan & Associates
c/o The Murphy Law Group, LLC
One Liberty Square
Boston, MA  02109
(617) 350-7700
(617) 350-0007 (Facsimile)

Date: 3/31/06

TRN/

- 1 -